Thomas T. Chan (Bar No. 129606)
David M. Chernek (Bar No. 151621)
Raymond K. Chan (Bar No. 220534)
CHAN LAW GROUP LLP
1055 West Seventh Street, Suite 1880
Los Angeles, California 90017
Telephone:  213-624-6560
Facsimile:    213-622-1154
   thomas.chan@chanlaw.com
   david.chernek@chanlaw.com
   raymond.chan@chanlaw.com

Attorneys for Plaintiff Big J & J Int'l Corp.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BIG J & J INT'L CORP., a California corporation,

                                      Plaintiff,

           v.

NOVELTY, INC. d/b/a NOVELTY DISTRIBUTORS, INC., an Indiana corporation; DOES 1-10, inclusive,

                                      Defendants.

Case No. CV08-05270 AHM (JWJx)

**COMPLAINT FOR:**

1. **PATENT INFRINGEMENT**
2. **CALIFORNIA STATUTORY UNFAIR COMPETITION; AND**
3. **CALIFORNIA COMMON LAW UNFAIR COMPETITION**

**DEMAND FOR JURY TRIAL**

Plaintiff Big J & J Int'l Corp. ("Big J & J"), against Defendants Novelty Inc. d/b/a Novelty Distributors, Inc. ("Novelty") and Does 1 though 10, and each of them, alleges as follows:

## Nature of Action

1.     This is a civil action for: (1) patent infringement under 35 U.S.C. § 271, (2) unfair competition under California Business and Professions Code § 17200 *et seq.*, and (3) unfair competition under California common law.

## Jurisdiction and Venue

2.     This Court has original subject matter jurisdiction over the federal law claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.     This Court has supplemental jurisdiction over the state law claims in this action pursuant to 28 U.S.C. §§ 1338(b) and 1367(a), as such claims are so related to the federal law claims that they form part of same case or controversy under Article III of the United States Constitution.

4.     Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b), because a substantial portion of the events described hereinafter took place in this Judicial District.

## Parties

5.     Plaintiff Big J & J is a corporation duly organized and existing under the laws of the State of California, and has its principal place of business in Los Angeles County, in this Judicial District.

6.     Defendant Novelty is a corporation duly organized and existing under the laws of the State of Indiana, and has its principal place of business in Greenfield, Indiana.  Novelty conducts business in California under the fictitious business name of "Novelty Distributors, Inc."

7.     Big J & J is ignorant of the true names and capacities, whether corporate, individual, agent, associate or otherwise, of Defendants sued herein as Does 1 through 10, inclusive, and therefore sues such Defendants, and each of them, by such fictitious

names, and will seek leave of Court to amend this Complaint to state their true names and capacities, when such names and capacities have been ascertained. Big J & J is further is informed and believes, and thereon alleges, that such Defendants, and each of them, were and are legally responsible by contract, agreement, agency, conspiracy, negligence or in some other actionable manner, for the occurrences alleged herein, which have proximately caused Big J & J the damages alleged hereinafter. Each reference herein to Defendants, or to a specifically named Defendant, refers also to all Defendants sued under fictitious names.

8.     Big J & J is informed and believes, and on that basis alleges, that, at all times herein mentioned, each of the Defendants was the agent, employee, and co-conspirator of each of the remaining Defendants, and in doing the things hereinafter alleged, was acting within the course and scope of such agency, employment, and conspiracy.

## Allegations Common to All Causes of Action

9.     Big J & J is a leading importer of pocket lighters into the United States. Big J & J is the exclusive assignee of all right, title, and interest in U.S. Design Patent No. D533,683 S, titled <u>Piezoelectric Lighter</u>, issued on December 12, 2006 ("the '683 Patent" or the "Patent-in-Suit"). A true and correct copy of the '683 Patent is attached hereto as Exhibit A.

10.     Previously, Novelty had purchased a number of pocket lighters covered by the '683 Patent ("the Patented Lighters") from Big J & J. In 2007, Novelty ceased to purchase the Patented Lighters.

11.     Big J & J has not assigned, licensed, or otherwise granted or transferred any rights under the '683 Patent to Novelty.

12.     Upon information and belief, Novelty has made, used, offered to sell, sold, and imported products which embody the invention of the '683 Patent (the "Accused Products") in this Judicial District and throughout the United States.

Attached hereto as Exhibit B are photographs of a specimen of the Accused Product, and a receipt evidencing its purchase in this Judicial District.

13.     Novelty sells the Accused Products under the mark RiteLite™.  While the packaging of the Accused Products refers to www.RITELITELIGHTER.com (*see* Exhibit B, pp. 2-3), no valid web page exists at that web address.  *See* Exhibit C.

## FIRST CAUSE OF ACTION

### Patent Infringement – 35 U.S.C. § 271

### (Against All Defendants)

14.     Big J & J hereby incorporates by reference, as if fully set forth herein, the allegations of Paragraphs 1 through 13, inclusive.

15.     Upon information and belief, Novelty has infringed and actively induced the infringement of the '683 Patent, and continues to infringe and actively induce such infringement, by making, using, offering for sale, selling, and importing the Accused Products in this Judicial District and throughout the United States.

16.     By purchasing the Patented Lighters from Big J & J, Novelty had access to, and knowledge of, the patented design claimed in the '683 Patent.

17.     Upon information and belief, Novelty has notice of the '683 Patent.

18.     Upon information and belief, Novelty intentionally copied the design of the Patented Lighters in the Accused Products after it ceased to purchase the Patented Lighters from Big J & J.  Upon information and belief, Novelty's infringement of the '683 Patent is willful and deliberate.

19.     Based on the foregoing, Novelty's infringement of the '683 Patent constitutes an exceptional case under 35 U.S.C. § 285.

20.     Upon information and belief, Novelty will continue to infringe and actively induce the infringement of the '683 Patent, unless enjoined by this Court.

21.     The aforementioned conduct by Novelty has injured and damaged Big J & J in an amount to be determined at trial.  Novelty's conduct has also caused Big J & J irreparable injury, for which Big J & J has no adequate remedy at law.  Such

irreparable injury will continue unless Novelty is preliminarily and permanently enjoined from further infringement of the '683 Patent.

## SECOND CAUSE OF ACTION

### Unfair Competition – Business & Professions Code §§ 17200 *et seq.*

### (Against All Defendants)

22.    Big J & J hereby incorporates by reference, as if fully set forth herein, the allegations of Paragraphs 1 through 21, inclusive.

23.    The aforementioned conduct by Novelty constitute unlawful, unfair, and fraudulent business practices in violation of California Business and Professions Code §§ 17200 *et seq.*

24.    By virtue of the conduct complained of herein, Novelty has intentionally copied the design of the Patented Lighters in the Accused Products, and infringed the '683 Patent, to unfairly compete with Big J & J.

25.    By virtue of the aforementioned unfair competition, Novelty has been unjustly enriched at the expense of Big J & J.

26.    Novelty's conduct has also caused Big J & J irreparable injury, for which Big J & J has no adequate remedy at law.  Such irreparable injury will continue unless Novelty is preliminarily and permanently enjoined from further infringement of the '683 Patent.

## THIRD CAUSE OF ACTION

### Unfair Competition – California Common Law

### (Against All Defendants)

27.    Big J & J hereby incorporates by reference, as if fully set forth herein, the allegations of Paragraphs 1 through 24, inclusive.

28.    By virtue of the conduct complained of herein, Novelty has intentionally copied the design of the Patented Lighters in the Accused Products, and infringed the '683 Patent, to unfairly compete with Big J & J.

29.    The aforementioned conduct by Novelty has been fraudulent, oppressive, and malicious, and has injured and damaged Big J & J in an amount to be determined at trial.

30.    Novelty's conduct has also caused Big J & J irreparable injury, for which Big J & J has no adequate remedy at law.  Such irreparable injury will continue unless Novelty is preliminarily and permanently enjoined from further infringement of the '683 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Big J & J prays for relief as follows:

### On the First Cause of Action

(Patent Infringement – 35 U.S.C. § 271)

1.    For a judgment that Defendants have infringed the '683 Patent;

2.    For a judgment that Defendants' infringement of the '683 Patent is willful.

3.    For compensatory damages in an amount to be determined at trial, and for such amount to be trebled pursuant to 35 U.S.C. § 284 for Defendants' willful infringement of the '683 Patent, together with interests and costs;

4.    For reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

5.    For Defendants' profits derived from such infringement and statutory damages pursuant to 35 U.S.C. § 289;

6.    For an order preliminarily and permanently enjoining Defendants, and their directors, officers, employees, agents, and servants, and all other persons acting in concert with them from further infringement of the '683 Patent;

### On the Second Cause of Action

(Unfair Competition – Business & Professions Code § 17200 et seq.)

7.    For a judgment that Defendants' conduct constitute unlawful, unfair, and fraudulent business practices in violation of California Business and Professions Code §§ 17200 et seq.;

8.      For an order requiring Defendants to make restitution to Big J & J, including the disgorgement of profits derived from Novelty's unlawful, unfair, and fraudulent business practices, pursuant to California Business and Professions Code § 17203;

9.      For an order preliminarily and permanently enjoining Defendants, and their directors, officers, employees, agents, and servants, and all other persons acting in concert with them from further acts of unfair competition in violation of California Business and Professions Code §§ 17200 *et seq.*;

On the Third Cause of Action

(Unfair Competition – California Common Law)

10.      For a judgment that Defendants' conduct constitute unfair competition under the common law of the State of California;

11.      For compensatory damages in an amount to be determined at trial, together for interests and costs;

12.      For exemplary damages pursuant to Civil Code § 3294;

13.      For an order preliminarily and permanently enjoining Defendants, and their directors, officers, employees, agents, and servants, and all other persons acting in concert with them from further acts of unfair competition in violation of California common law; and

On All Causes of Action

14.      For such further relief as the Court may deem just and equitable.


Dated:  August 11, 2008              CHAN LAW GROUP LLP

                                     By: _____
                                     Thomas T. Chan
                                     David M. Chernek
                                     Raymond K. Chan
                                     Attorneys for Plaintiff Big J & J Int'l Corp.

6
Complaint

# DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Big J & J hereby demands a trial by jury on all issues raised by this Complaint that are triable by jury.

Dated:  August 11, 2008   CHAN LAW GROUP LLP

By: _____
Thomas T. Chan
David M. Chernek
Raymond K. Chan
Attorneys for Plaintiff Big J & J Int'l Corp.

Exhibit A



US00D533683S

(12) **United States Design Patent**　(10) Patent No.:　**US D533,683 S**

Ruan　(45) Date of Patent:　** ** Dec. 12, 2006

(54) **PIEZOELECTRIC LIGHTER**

(75) Inventor: **Jun Kang Ruan**, Monterey Park, CA (US)

(73) Assignee: **Big J & J., Inc.**, Industry, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/222,253**

(22) Filed: **Jan. 27, 2005**

(51) **LOC (8) Cl.** ..................................................... **27-05**
(52) **U.S. Cl.** ..................................................... **D27/154**
(58) **Field of Classification Search** ................ D27/139,
D27/141–161; 431/129, 143, 153, 253–256,
431/273–277
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D186,402 S　*　10/1959　Goddard .................... D27/155

| D235,354 S | * | 6/1975 | Schick | ...................... | D27/156 |
| D472,343 S | * | 3/2003 | Lin | ........................... | D27/157 |
| D485,008 S | * | 1/2004 | Chen | ......................... | D27/157 |

* cited by examiner

*Primary Examiner*—Jennifer Rivard
(74) *Attorney, Agent, or Firm*—Raymond Y. Chan; David & Raymond Patent Group

(57)　　　　　　**CLAIM**

The ornamental design for a piezoelectric lighter, as shown.

**DESCRIPTION**

FIG. **1** is a perspective view showing my new design.
FIG. **2** is a left view thereof.
FIG. **3** is a right view thereof.
FIG. **4** is a front end view thereof.
FIG. **5** is a rear end view thereof.
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.

**1 Claim, 7 Drawing Sheets**





FIG.1



FIG.2



FIG.3



FIG .4



FIG.5



# FIG . 6

**U.S. Patent**     Dec. 12, 2006     **Sheet 7 of 7**     **US D533,683 S**



FIG. 7

<u>Exhibit B</u>





RITELITE © 2007 GREENFIELD, IN 46140

**MADE IN CHINA**

www.RITELITELIGHTER.com

⚠ **WARNING** KEEP AWAY FROM CHILDREN

Ignite lighter away from face and clothing.  Be sure flame is completely
out after using.  Contains flammable gas under pressure.  Never place in fire or
puncture.  Do not keep lit for more than 30 seconds.  Never expose to prolonged
sunlight or heat above 120° F (49°C).  **Complies With CPSC Law.**



RITELITE™ © 2007 GREENFIELD, IN 46140

## MADE IN CHINA

## www.RITELITELIGHTER.com

⚠ **WARNING**  KEEP AWAY FROM CHILDREN

Ignite lighter away from face and clothing.  Be sure flame is completely out after using.  Contains flammable gas under pressure.  Never place in fire or puncture.  Do not keep lit for more than 30 seconds. Never expose to prolonged sunlight or heat above 120° F (49° C). **Complies With CPSC Law.**



The Pharmacy America Trusts · Since 1901™

I'm LEVON. Thank you for allowing me
to serve you today.

427          10    2840    11440   029

    RFN# 1144-0292-8404-0806-1020

POP CURVE G2 LTR   1A      1.39
   SUBTOTAL                1.39

A=8.25% SALES TAX           .11
   TOTAL                   1.50

          CASH           5.00
   CHANGE                3.50

2331 S ATLANTIC BLVD MONTEREY P
STORE    (323)526-9102

          OPEN 24 HOURS
          THANK YOU
   FOR FASTER SERVICE, CALL IN YOUR
   PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

 WALGREENS PRESCRIPTION SAVINGS CLUB
   SAVE ON OVER 5,000 NAME BRAND
      AND GENERIC MEDICATIONS.

 PLUS, PAY $12.99 FOR A 90-DAY SUPPLY
   OF OVER 400 GENERIC MEDICATIONS.
   ASK HOW MUCH YOU CAN SAVE TODAY!

   JUNE 10, 2008          2:13 PM

# HOW ARE WE DOING?

 ENTER OUR MONTHLY CASH SWEEPSTAKES
     THIS MONTH THE PRIZE IS
## $3,000 CASH

     PLEASE CALL TOLL FREE
## 1-800-219-7451
          OR VISIT
WWW.WALGREENSSATISFACTION.COM

   WITHIN 72 HOURS TO COMPLETE A
   SHORT SURVEY ABOUT YOUR RECENT
      VISIT TO THIS WALGREENS.

PARTICIPE EN NUESTRO SORTEO MENSUAL
      ESTE MES EL PREMIO ES DE
## $3,000 DOLARES

 POR FAVOR LLAME AL NUMERO GRATUITO
## 1-800-219-7451
   O VISÍTENOS EN INTERNET EN:
WWW.WALGREENSSATISFACTION.COM

DURANTE LAS PROXIMAS 72 HORAS, PARA

Exhibit C



Home | Services | My Account | Support | About Kiva | Contact | Search/Sitemap

# Invalid request

There are a few possibilities why you might be seeing this page:

1. The host you are trying to go to is pointing to this IP address, but has not been configured on this server yet.
2. You tried going directly to the IP address of this virtual hosting interface: 216.9.136.5
3. You tried going to the forward DNS hostname of this interface: vhttp1-vhost.kiva.net
4. The browser or web client program that you are using does not fully support the HTTP/1.1 protocol.

Kiva Networking now uses Name Based virtual hosting instead of IP based virtual hosting. This method requires that all clients use the HTTP/1.1 protocol for requests. All modern web browsers such as Netscape 1.0 and higher, all versions of Internet Explorer, Opera, Lynx, etc. make valid HTTP/1.1 requests.

---

**Kiva Networking**
http://www.kiva.net/
Last modified: Wednesday, September 27, 2000
Comments: webmaster@kiva.net
© 1999-2000, Kiva Networking



Home | Services | My Account | Support | About Kiva | Contact | Search/Sitemap

# Invalid request

There are a few possibilities why you might be seeing this page:

1. The host you are trying to go to is pointing to this IP address, but has not been configured on this server yet.
2. You tried going directly to the IP address of this virtual hosting interface: 216.9.136.5
3. You tried going to the forward DNS hostname of this interface: vhttp1-vhost.kiva.net
4. The browser or web client program that you are using does not fully support the HTTP/1.1 protocol.


Kiva Networking now uses Name Based virtual hosting instead of IP based virtual hosting. This method requires that all clients use the HTTP/1.1 protocol for requests. All modern web browsers such as Netscape 1.0 and higher, all versions of Internet Explorer, Opera, Lynx, etc. make valid HTTP/1.1 requests.

---

**Kiva Networking**
http://www.kiva.net/
Last modified: Wednesday, September 27, 2000
Comments: webmaster@kiva.net
© 1999-2000, Kiva Networking