O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-05270 AHM (JWJx) | Date | May 12, 2009 |
|---|---|---|---|

| Title | BIG J & J INT'L CORP., *et al.* v. NOVELTY, INC., *et al.* |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

The Court GRANTS IN PART AND DENIES IN PART the *ex parte* application[1] of Defendants Novelty, Inc. and Todd Green for an order permitting the inspection and photography of exemplars lodged by Plaintiffs in connection with their upcoming motion for a preliminary injunction. Plaintiffs have lodged the following exemplars:

1. One "infringing lighter," outside of packaging, dark purple in color.
2. One "infringing lighter," the "Curve Lighter" by RiteLite, inside of packaging identical to the packaging depicted on pages 3 and 4 of Defendants' application, light green in color.
3. One "proprietary lighter," outside of packaging, white in color.
4. One package of two "proprietary lighters," the "Nulite Curve." One lighter is multi-colored and the other one is dark purple.

Defendants' counsel may inspect and photograph the lodged exemplars, without removing any packaging, by arrangement with the Courtroom Deputy.

Further, the Court ORDERS that, upon presenting this Order to the Court Security Officers, Defendants' counsel (Gregg A. Rapoport, and/or Paul Overhauser) may enter the Courthouse with an electronic camera for use in Courtroom 14.

/ / /

---

[1] Docket No. 64.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-05270 AHM (JWJx) | Date | May 12, 2009 |
|---|---|---|---|
| Title | BIG J & J INT'L CORP., *et al.* v. NOVELTY, INC., *et al.* | | |

    At the hearing on this motion, the Court may permit counsel to remove the lighters from their packaging.

                                                                                                      :

Initials of Preparer               SMO