O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-05270 AHM (JWJx) | Date | May 14, 2009 |
|---|---|---|---|
| Title | BIG J & J INT'L CORP., *et al.* v. NOVELTY, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

The Court DENIES the *ex parte* application[1] of Defendant Novelty, Inc. to continue the hearing on Plaintiffs' motion for a preliminary injunction.

                                                                                    :
                                                          Initials of Preparer          SMO

---

[1]Docket No. 66.