O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-05270 AHM (JWJx) | Date | May 28, 2009 |
|---|---|---|---|
| Title | BIG J & J INT'L CORP., *et al.* v. NOVELTY, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

  The Court DENIES Defendant Novelty, Inc.'s request to cross-examine declarants Bing Sen Chen, Doisun Yuen, and Danny Ahmad at the upcoming preliminary injunction hearing. According to Plaintiff-companies, Bing Sen Chen (in China) and Danny Ahmad (in Texas) are not officers of either company. Thus, they are beyond the Court's subpoena power. Fed. R. Civ. P. 45(c)(3). Moreover, the alleged inaccuracies in the Chen and Ahmad declarations mentioned in Defendant's request are irrelevant to the disputed issues in the motion for a preliminary injunction. Defendant did not provide any reason why it wishes to cross-examine Doisun Yuen. Defendant will not be denied an opportunity to be heard and will suffer no prejudice on this motion if these three declarants are not available for cross-examination at the hearing. *See San Francisco-Oakland Newspaper Guild v. Kennedy*, 412 F.2d 541, 546 (9th Cir. 1969) (noting that a preliminary injunction may be granted or denied on the basis of affidavits without oral testimony at the discretion of the trial court).

| | : | |
|---|---|---|
| | Initials of Preparer | SMO |