O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-5270-AHM (JWJx) | Date | June 1, 2009 |
|---|---|---|---|
| Title | BIG J & J INT'L CORP. v. NOVELTY, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Craig J. Mariam | Gregg A. Rapoport |
| Edwin Alwazian | Paul B. Overhauser |

**Proceedings:**     **(1)** MOTION TO: (1) DISMISS ACTION AGAINST TODD GREEN FOR LACK OF PERSONAL JURISDICTION; AND (2) FOR TRANSFER OF VENUE [56]; and
**(2)** PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION RE: INFRINGEMENT [57]
(non-evidentiary)

    Court circulates its handout and a chronology. For reasons and findings stated on the record, the Court grants the motion to dismiss Todd Green but denies the motion to transfer venue.

    Court issues tentative ruling and hears oral argument on the preliminary injunction motion only. For reasons stated on the record, the Court takes the preliminary injunction (trademark issue) motion under submission.

| | : | 41 |
|---|---|---|
| | Initials of Preparer | SMO |