O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-05270 AHM (JWJx) | Date | February 10, 2010 |
|---|---|---|---|
| Title | BIG J & J INT'L CORP., *et al.* v. NOVELTY, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

   The Court ORDERS counsel for the parties, Todd Green, and the individual with unqualified authority to act on behalf of Plaintiffs to attend the required settlement conference before Judge Olguin by not later than **March 9, 2010**. Failure to do so will result in sanctions and may result in additional rulings affecting the parties' claims and defenses.

|   |   : |   |
|---|---|---|
|   | Initials of Preparer | SMO |