O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-05270-AHM (FMOx) | Date | February 22, 2010 |
|---|---|---|---|
| Title | BIG J & J INT'L CORP. *et al*. v. NOVELTY, INC., *et al*. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:

    Olivier A. Taillieu
    Kevin I. Shenkman
    Edwin Alwazian

Attorneys Present for Defendants:

    Paul B. Overhauser
    Gregg A. Rapoport

**Proceedings:**     (1) FINAL PRETRIAL CONFERENCE; and
                          (2) MOTION HEARING (non-evidentiary)

     Final pretrial conference held.  Court and counsel confer regarding trial schedule and procedures.  Each side will be allotted 10 hours for their opening, closing, and witness examinations.  The Court makes the following rulings:

    1.    The parties are to submit a revised [Proposed] Pretrial Conference Order by not later than March 1, 2010.

    2.    The parties shall, in the revised Pretrial Conference Order, set forth all facts not subject to genuine and reasonable dispute.  Additionally, the parties shall comply with LR 16-2.2 which requires the parties to "make every effort to stipulate to facts upon which the parties know or have reason to know there can be no dispute."

    3.    The parties shall, in paragraph 7 of the revised Pretrial Conference Order, set forth those claims and defenses that they plan to pursue at trial.  Such claims and defenses <u>must</u> correspond to the claims and defenses asserted in the First Amended Complaint and the Answer, and <u>must</u>, for each claim, specify which plaintiff is asserting the claim.  <u>Claims not pled in the First Amended Complaint may not be pursued at trial.</u>

    4.    The parties shall, in accordance with Local Rule 16-6.1, submit a <u>joint</u> exhibit list that includes only those exhibits that the parties believe are

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-05270-AHM (FMOx) | Date | February 22, 2010 |
|---|---|---|---|
| Title | BIG J & J INT'L CORP. *et al.* v. NOVELTY, INC., *et al.* | | |

relevant to the claims and defenses that they intend to assert at trial. Exhibits must be listed in numerical order. For exhibits that have been numbered at a deposition, that number must be used for that exhibit at trial. *See* LR 16-6.1.

5. Plaintiffs shall submit a revised Memorandum of Contentions of Fact and Law that complies with LR 16-4.

6. The Court rules on the motions *in limine* as follows:

   Plaintiffs' Motion in Limine (#1) to Exclude Testimony from Novelty Corporate Witnesses [196] is GRANTED, but Todd Green may testify;

   Plaintiffs' Motion in Limine (#2) to Exclude Novelty, Inc.'s Spreadsheet Summary Documents [197] is GRANTED;

   Plaintiffs' Motion in Limine (#3) to Exclude Novelty Inc.'s Invoices [198] is DENIED;

   Plaintiffs' Motion in Limine (#4) to Exclude Evidence of Novelty Inc.'s use of the Curve Mark Between August 2002 and October 2005 [199] is DENIED;

   Novelty's Motion in Limine (#1) to Exclude All Witnesses That Plaintiffs Failed To Disclose Properly [191] is GRANTED, with the exception of (a) witnesses who submitted declarations in opposition to Defendants' Motion for Summary Judgment, and (b) witnesses referred to in such declarations;

   Novelty's Motion in Limine (#2) to Exclude All Documents Plaintiffs Failed To Produce To Defendant [192] is DENIED without prejudice. If Novelty wishes to renew this motion it must do so by not later than Monday, March 1, 2010 and must specify which documents it seeks to exclude by virtue of Plaintiffs' failure to produce;

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-05270-AHM (FMOx) | Date | February 22, 2010 |
|---|---|---|---|
| Title | BIG J & J INT'L CORP. *et al.* v. NOVELTY, INC., *et al.* | | |

Novelty's Motion in Limine (#3) to Exclude All Expert Testimony [193] is GRANTED;

Novelty's Motion in Limine (#4) to Exclude References To Purported Infringing Conduct Other Than As Set Forth In The Pretrial Conference Order And Third Party Claims Of Infringement [194] is GRANTED IN PART and DENIED IN PART. Plaintiffs may offer evidence of Novelty's infringing conduct only to the extent there has been a ruling or finding of infringement; and

Novelty's Motion in Limine (#5) to Exclude Evidence Regarding The Copyright Application Or Registration Alluded To In Doisun Yuen's Declaration Submitted In Opposition To Defendants Summary Judgment Motion [195] is GRANTED.

7. The parties shall amend the case caption to reflect that Todd Green and Green Trading Co. are no longer defendants in this action.

|  | 1 | : | 19 |
|---|---|---|---|
| Initials of Preparer | | SMO | |